F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 27 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Northern District of Illinois

Case number *(if known)* _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:

James
First name

Daojun
Middle name

Li
Last name

_____
Suffix (Sr., Jr., II, III)

About Debtor 2 (Spouse Only in a Joint Case):

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr., II, III)

2. **All other names you have used in the last 8 years**

Include your married or maiden names.

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – 0 1 4 1

OR

9xx – xx – ___ ___ ___

xxx – xx – ___ ___ ___

OR

9xx – xx – ___ ___ ___

Debtor 1    **James Daojun Li**
_____
First Name    Middle Name    Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>Blackbox Management LLC<br>_____<br>Business name<br><br>HGWQM Partners<br>_____<br>Business name<br><br>4 7 - 3 5 1 7 8 5 4<br>EIN<br><br>___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN |

**5. Where you live**

| About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|
| No permanent residence 1332 S *[handwritten]* JL<br>Number    Street<br><br>1318 W Cullerton St   JL   60608<br>JL<br>~~60605~~<br>Chicago    IL   ~~60699~~  JL<br>City    State  ZIP Code<br>Cook<br>County | _____<br>Number    Street<br><br>_____<br><br>_____<br>City    State  ZIP Code<br>_____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>General Delivery<br>Number    Street<br><br>433 W Harrison St<br>P.O. Box<br><br>Chicago    IL   60699<br>City    State  ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State  ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

| Debtor 1 | James Daojun Li | Case number (if known) _____ |
|---|---|---|
| | First Name   Middle Name   Last Name | |

---

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                     MM / DD / YYYY

District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known_____
                                     MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known_____
                                     MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    James Daojun Li
　　　　　 First Name　　Middle Name　　　Last Name

Case number (if known)_____

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

Where is the property?

_____
Number       Street

_____

_____
City                                State        ZIP Code

---

Official Form 101

**Voluntary Petition for Individuals Filing for Bankruptcy**

Debtor 1    <u>James Daojun Li</u>
   First Name    Middle Name     Last Name                           Case number *(if known)*_____

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    <u>James Daojun Li</u>
First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c. State the type of debts you owe that are not consumer debts or business debts.**

_____

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _/s/ James Li_____    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Executed on _08/27/2018_    Executed on _____
            MM / DD /YYYY            MM / DD /YYYY

Debtor 1      __James Daojun Li_____      Case number (if known)_____
              First Name    Middle Name    Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

✖ _____      Date _____
Signature of Attorney for Debtor                    MM  /  DD  / YYYY


_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____    _____  _____
City                                  State    ZIP Code


Contact phone _____    Email address _____


_____    _____
Bar number                            State

Debtor 1    James Daojun Li
First Name    Middle Name    Last Name    Case number (if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**X** _James Li_                              **X** _____
Signature of Debtor 1                          Signature of Debtor 2

Date    08/27/2018                             Date    _____
        MM / DD / YYYY                                 MM / DD / YYYY

Contact phone  (630) 926-8906                  Contact phone  _____

Cell phone     (630) 926-8906                  Cell phone     _____

Email address  blackboxmgmtllc@gmail.com       Email address  _____

**Fill in this information to identify your case:**

Debtor 1    James Daojun Li
            First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name              Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
                (If known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ | $            0.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................... | $          740.11 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................ | $          740.11 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $        40,802.77 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................... | $          1,358.10 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................... | + $       833,075.34 |
| | **Your total liabilities** | $       875,236.21 |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I* ................................................ | $          194.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J* ................................................ | $          511.22 |

Debtor 1    James Daojun Li
            _____
            First Name      Middle Name        Last Name              Case number (if known)_____

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $_____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F*, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1   James Daojun Li
First Name _____ Middle Name _____ Last Name

Debtor 2
(Spouse, if filing)  First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____

_____

City _____ State ___ ZIP Code

County _____

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Current value of the portion you own?**
$_____ $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____

City _____ State ___ ZIP Code

County _____

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Current value of the portion you own?**
$_____ $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1    James Daojun Li

First Name    Middle Name    Last Name

Case number (if known)_____

1.3. _____
Street address, if available, or other description

_____

City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................ → $_____0.00

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☑ No
- ☐ Yes

3.1. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, describe here:

3.2. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

Official Form 106A/B    Schedule A/B: Property

Debtor 1    James Daojun Li
              First Name        Middle Name          Last Name

Case number (if known)_____

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................➔  $_____ 0.00

Debtor 1    James Daojun Li
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe........    | 2 large old comforters, 4 medium pillows, yoga mat, black backpack, toothbrush |    $_____1.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe........    | Desktop PC (purchased Q4 2016), 2 music CDs |    $_____520.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☑ Yes. Describe........    | 1 stretched canvas (~32" x 24"), some books |    $_____30.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☑ Yes. Describe........    | Acoustic guitar (purchased used ~2008), Casio keyboard (purchased 2012) |    $_____60.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe........    |  |    $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe........    | Everyday clothes (fits inside four 10 gal. trash bags), shoes |    $_____10.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe........    |  |    $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe........    |  |    $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information. ............    | Wallet, red light filter glasses, earbuds, notebooks, Bibles, black scarf |    $_____20.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................... →    $_____641.00

Debtor 1    James Daojun Li
        First Name    Middle Name       Last Name

Case number *(if known)* _____

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ..................................................................................................

Cash: ...................... $_____98.62

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | UFB Direct | $_____0.49 |
| 17.2. Checking account: | Wintrust Bank | $_____0.00 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................

Institution or issuer name:

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| Blackbox Management LLC. To be dissolved with bankruptc | 100% % | $_____0.00 |
| NDKP Group, LLC; Soyer, LLC; TDNEP, LLC. No activities | 100% % | $_____0.00 |
| Pacific Coast Suites, LLC. No activities | 100% % | $_____0.00 |

Debtor 1   James Daojun Li
    First Name    Middle Name    Last Name

Case number *(if known)*_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them.....................

Issuer name:

                                              $_____
                                              $_____
                                              $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
   account separately.

Type of account:    Institution name:

401(k) or similar plan: _____  $_____

Pension plan: _____  $_____

IRA: _____  $_____

Retirement account: _____  $_____

Keogh: _____  $_____

Additional account: _____  $_____

Additional account: _____  $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes .......................

Institution name or individual:

Electric: _____  $_____

Gas: _____  $_____

Heating oil: _____  $_____

Security deposit on rental unit: _____  $_____

Prepaid rent: _____  $_____

Telephone: _____  $_____

Water: _____  $_____

Rented furniture: _____  $_____

Other: _____  $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .........................

Issuer name and description:

                                              $_____
                                              $_____
                                              $_____

Debtor 1    James Daojun Li
_____
First Name    Middle Name    Last Name

Case number (if known)_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes .................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____
_____    $_____
_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific information about them....

3 Airbnb accounts with mixed reviews

$_____0.00

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............

$_____

Debtor 1    James Daojun Li
First Name    Middle Name    Last Name    Case number *(if known)*_____

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company
   of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |

32. **Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☑ No
   ☐ Yes. Give specific information..............
   $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes. Describe each claim. ....................
   $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim. ....................
   $_____

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information............
   $_____0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**    ➔    $_____99.11

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☑ No. Go to Part 6.
   ☐ Yes. Go to line 38.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ☐ Yes. Describe.......
   $_____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☐ Yes. Describe.......
   $_____

Debtor 1    James Daojun Li
         First Name    Middle Name         Last Name

Case number (if known)_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe.......    [                                                    ]    $_____

41. **Inventory**

☐ No

☐ Yes. Describe.......    [                                                    ]    $_____

42. **Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe.......    Name of entity:                         % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe.......    [                                          ]    $_____

44. **Any business-related property you did not already list**

☐ No

☐ Yes. Give specific
    information .........    _____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ................................................................➔    $_____ 0.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☐ Yes ..................    [                                                    ]    $_____

Debtor 1    James Daojun Li
First Name    Middle Name    Last Name

Case number (if known)_____

48. Crops—either growing or harvested
- ☐ No
- ☐ Yes. Give specific information............                          $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
- ☐ No
- ☐ Yes............                          $_____

50. Farm and fishing supplies, chemicals, and feed
- ☐ No
- ☐ Yes............                          $_____

51. Any farm- and commercial fishing-related property you did not already list
- ☐ No
- ☐ Yes. Give specific information............                          $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................. ➔  $_____0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information............                          $_____
                          $_____
                          $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................. ➔  $_____0.00

## Part 8:  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .......................................................................................... ➔ $_____0.00

56. Part 2: Total vehicles, line 5                          $_____0.00

57. Part 3: Total personal and household items, line 15                          $_____641.00

58. Part 4: Total financial assets, line 36                          $_____99.11

59. Part 5: Total business-related property, line 45                          $_____0.00

60. Part 6: Total farm- and fishing-related property, line 52                          $_____0.00

61. Part 7: Total other property not listed, line 54                          +$_____0.00

62. Total personal property. Add lines 56 through 61. ..........    $_____740.11    Copy personal property total ➔ +$_____740.11

63. Total of all property on Schedule A/B. Add line 55 + line 62. ........................................    $_____740.11

Official Form 106A/B                          Schedule A/B: Property                          page 10

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | James Daojun Li |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sleep/person items<br>Line from *Schedule A/B*: 6 | $1.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $520.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Stretched canvas art<br>Line from *Schedule A/B*: 8 | $20.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1    James Daojun Li
            First Name   Middle Name   Last Name

Case number (if known)_____

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Books<br>Line from *Schedule A/B*: 8 | $ 10.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Musical instruments<br>Line from *Schedule A/B*: 9 | $ 60.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Everyday clothes<br>Line from *Schedule A/B*: 11 | $ 10.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Brief description: Other personal items<br>Line from *Schedule A/B*: 14 | $ 2.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Cash<br>Line from *Schedule A/B*: 16 | $ 99.11 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Bank accounts<br>Line from *Schedule A/B*: 17 | $ 0.49 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| Debtor 1 | James Daojun Li | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the value of collateral. | that supports this claim | portion If any |

**2.1**

Cort

Creditor's Name

1641 Cobb Pkwy S

Number        Street

Marietta        GA   30060

City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred  04/04/2017

**Describe the property that secures the claim:**    $  40,802.77    $  50,000.00

Home furniture

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  4  5  6  6

**2.2**

Creditor's Name

Number        Street

City        State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $  40,802.77

Debtor 1    James Daojun Li

First Name        Middle Name        Last Name

Case number (if known)_____

| Part 1: | **Additional Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

Column A — Amount of claim
Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

Column C — Unsecured portion
If any

---

Creditor's Name _____

$_____   $_____   $_____

Number    Street

**Describe the property that secures the claim:**

_____

**As of the date you file, the claim is:** Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name _____

$_____   $_____   $_____

Number    Street

**Describe the property that secures the claim:**

_____

**As of the date you file, the claim is:** Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name _____

$_____   $_____   $_____

Number    Street

**Describe the property that secures the claim:**

_____

**As of the date you file, the claim is:** Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 40,802.77

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   $ 40,802.77

**Fill in this information to identify your case:**

Debtor 1      James Daojun Li
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(If known)  _____

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**    Illinois State Disbursement Unit
Priority Creditor's Name

PO Box 5400
Number     Street

Carol Stream      IL   60197
City              State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6  4  6  0      $ 1,322.10  $ 1,322.10  $ _____

When was the debt incurred?   04/12/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**    Clerk of the Circuit Court
Priority Creditor's Name

PO Box 707
Number     Street

Wheaton      IL   60187
City          State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6  4  6  0      $ 36.00  $ 36.00  $ _____

When was the debt incurred?   04/12/2018

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    James Daojun Li
      First Name    Middle Name    Last Name

Case number *(if known)*_____

**Part 1:**    **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

---

Priority Creditor's Name _____

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name _____

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name _____

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Debtor 1 ___James Daojun Li_____
         First Name    Middle Name    Last Name

Case number (if known)_____

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**   See additional pages.

Nonpriority Creditor's Name

**FOR ALL DEBTS: DEBTOR 1 ONLY, AND**
Number     Street
**NOT SUBJECT TO OFFSET**
City                          State     ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

$_____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

$_____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

$_____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1    __James Daojun Li__

First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your **NONPRIORITY** Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1    James Daojun Li

First Name        Middle Name        Last Name

Case number *(if known)*_____

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

See additional pages

Name

ALL APPLY TO PART 2: NONPRIORITY

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   James Daojun Li
First Name    Middle Name        Last Name

Case number *(if known)*_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | 6a. $ 1,358.10 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $ 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| 6e. | Total. Add lines 6a through 6d. | 6e. $ 1,358.10 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | Student loans | 6f. $ 43,719.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 789,356.34 |
| 6j. | Total. Add lines 6f through 6i. | 6j. $ 833,075.34 |

<u>**Official Form 106E/F**</u> Additional Pages

**<u>PART 2: LINE 4</u>**

**<u>NOTE: FOR ALL DEBTS LISTED HERE, "DEBTOR 1 ONLY" INCURRED THE</u>**

**<u>DEBT. FOR ALL DEBTS LISTED HERE, THE CLAIM IS NOT SUBJECT TO OFFSET</u>**.

<u>4.1</u> **Nonpriority Creditor's Name**: US Department of Education

PO Box 5609

Greenville, TX 75403

**Last 4 digits of account number**: 8581

**When was the debt incurred**? 2010-2013

**Total claim**: $43,719

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Student loans

<u>4.2</u> **Nonpriority Creditor's Name**: Capital One Bank USA NA

PO Box 30281

Salt Lake City, UT 84130

**Last 4 digits of account number**: 8289, 9958, 3118

**When was the debt incurred**? 11/19/2010 – 6/6/2018

**Total claim**: $8,153

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Credit card

<u>4.3</u> **Nonpriority Creditor's Name**: Chase Card Services

PO Box 15298

Wilmington, DE 19850

**Last 4 digits of account number**: 7530, 8372, 1154, 3821

**When was the debt incurred?** 3/24/2011 – 5/3/2017

**Total claim**: $29,811

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Credit card

**4.4 Nonpriority Creditor's Name**: American Express

PO Box 981537

El Paso, TX 79998

**Last 4 digits of account number**: 1001, 1008, 1004, 1009

**When was the debt incurred?** 6/4/2013 – 3/9/2017

**Total claim**: $6,477

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Credit card

**4.5 Nonpriority Creditor's Name**: Discover Financial Services

PO Box 15316

Wilmington, DE 19850

**Last 4 digits of account number**: 1849

**When was the debt incurred?** 6/27/2013 – 10/8/2017

**Total claim**: $19,461

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Credit card

**4.6 Nonpriority Creditor's Name**: US Bank

CB Disputes PO Box 108

Saint Louis, MO 63166

**Last 4 digits of account number:** 5089, 8457

**When was the debt incurred?** 6/27/2013 – 10/8/2017

**Total claim:** $16,033.01

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Credit card

**4.7 Nonpriority Creditor's Name:** Barclays Bank Delaware

PO Box 8803

Wilmington, DE 19899

**Last 4 digits of account number:** 6054, 4457

**When was the debt incurred?** 12/19/2013 – 6/2/2017

**Total claim:** $10,780

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Credit card

**4.8 Nonpriority Creditor's Name:** Citicards CBNA

Credit Bureau Dispute Unit PO Box 6497

Sioux Falls, SD 57117

**Last 4 digits of account number:** 1543, 1122

**When was the debt incurred?** 11/27/2013 – 6/6/2017

**Total claim:** $2,417

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Credit card

**4.9** **Nonpriority Creditor's Name:** All America Bank

PO Box 300

Mustang, OK 73064

**Last 4 digits of account number:** 1282

**When was the debt incurred?** 3/22/2017

**Total claim:** $93.93

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Overdrawn bank account

**4.10** **Nonpriority Creditor's Name:** The Fundworks, LLC

1526 Ventura Blvd #1520

Sherman Oaks, CA 91403

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 12/6/2016

**Total claim:** $39,666.54

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Small business alternative funding

**4.11** **Nonpriority Creditor's Name:** Kevin Kovacs

4428 Purves Street, APT 10C

Long Island City, NY 11101

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 10/27/2016

**Total claim:** $249,608.07

**As of the date you file, the claim is:** N/A

James Daojun Li

Type of NONPRIORITY unsecured claim: Small business alternative funding

**4.12** **Nonpriority Creditor's Name:** Presidential Towers

555 W Madison St

Chicago, IL 60661

**Last 4 digits of account number:** Tower 3, Apartment 1501

**When was the debt incurred?** 4/25/2016

**Total claim:** $5,286.94

**As of the date you file, the claim is:** Unliquidated

Type of NONPRIORITY unsecured claim: Apartment back rent

**4.13** **Nonpriority Creditor's Name:** Eloise Gerson

PO Box 11223

Chicago, IL 60611-0223

**Last 4 digits of account number:** 5416

**When was the debt incurred?** 5/17/2016 – 1/24/2017

**Total claim:** $6,400

**As of the date you file, the claim is:** Unliquidated

Type of NONPRIORITY unsecured claim: Apartment back rent, 175 E Delaware St Unit 5416

Chicago, IL 60611

**4.14** **Nonpriority Creditor's Name:** Azucena Franco

933 W 32nd St

Chicago IL 60608-6730

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 2/12/2016 – 6/30/2017

**Total claim:** $8,000

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Apartment back rent, 1318 W Cullerton St Apt 1&2 Chicago, IL 60608

**4.15 Nonpriority Creditor's Name:** Contes Realty & Management LLC

2251 W. 21st Street

Chicago, IL 60608

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 5/29/2016 – 2/28/2017

**Total claim:** $5,880

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Apartment back rent, 1739 W 18th St Apt 1 Chicago, IL 60608

**4.16 Nonpriority Creditor's Name:** Yan Pan & Yue Guo

201 E 13th St

Chicago, IL 60605

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 8/7/2016 – 8/31/2017

**Total claim:** $6,800

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Apartment back rent, cleaning, & repairs, 1332 S Indiana Pkwy Chicago, IL 60605

**4.17 Nonpriority Creditor's Name:** Robert Giordano

James Daojun Li

316 Waverly Street

Palo Alto, CA 94301

**Last 4 digits of account number**: N/A

**When was the debt incurred?** 10/5/2016 – 1/31/2017

**Total claim:** $38,000

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Apartment back rent, moving, cleaning, 700 W E

St Unit 3702, San Diego, CA 9210

---

4.18 **Nonpriority Creditor's Name:** Cobbler Square Lofts

1350 N Wells St

Chicago, IL 60610

**Last 4 digits of account number:** D210, F519, E305, D203, D102

**When was the debt incurred?** 8/4/2015 – 4/28/2017

**Total claim:** $17,475.37

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Apartment back rent, eviction & legal fees, 1350 N

Wells St Chicago, IL 60610

---

4.19 **Nonpriority Creditor's Name:** The Bernardin

Building Manager

747 N Wabash Ave

Chicago, IL 60611

**Last 4 digits of account number:** 2307, 1803

**When was the debt incurred?** 10/5/2015 – 4/30/2017

**Total claim**: $30,000

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Apartment back rent, moving & cleaning fees, 747 N Wabash Ave, Chicago, IL 60611

**4.20 Nonpriority Creditor's Name**: Greystar

PO Box 2706

Lynwood, WA 98036

**Last 4 digits of account number**: 7342

**When was the debt incurred?** 10/30/2015 – 12/31/2016

**Total claim**: $5,749.44

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Apartment back rent, accelerated rent, eviction/legal/late fees, unpaid utilities, 1401 S State St Unit 1406, Chicago, IL 60605

**4.21 Nonpriority Creditor's Name**: 730 S Clark St

730 S Clark St

Chicago, IL 60605

**Last 4 digits of account number**: 2101

**When was the debt incurred?** 11/20/2015 – 3/15/2017

**Total claim**: $2,259.94

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Apartment back rent, eviction, legal, & late fees, 730 S Clark St Unit 2101, Chicago, IL 60605

**4.22 Nonpriority Creditor's Name**: Bozzuto Management Company

James Daojun Li

1135 S Delano Ct East

Chicago, IL 60605

**Last 4 digits of account number**: 311E, 411W

**When was the debt incurred?** 4/5/2016 – 1/15/2018

**Total claim**: $18,377.62

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Apartment back rent, eviction, legal, & late fees,

1135 S Delano Ct Unit 311E and 1136 S Delano Ct Unit 411W, Chicago, IL 60605

**4.23 Nonpriority Creditor's Name**: Onterie Co-Investor, LLC

200 E Randolph St 43rd Floor

Chicago, IL 60601

**Last 4 digits of account number**: 5709, 5806, 1506, 4806

**When was the debt incurred?** 5/12/2016 – 8/22/2017

**Total claim**: $43,502.65

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Apartment back rent, eviction, legal, & late fees,

441 E Erie St Units 5709, 5806, 1506, and 4806, Chicago, IL 60611

**4.24 Nonpriority Creditor's Name**: Ansonia Property Management, Ansonia 2101 LLC

815 W. Van Buren, Suite 550

Chicago, IL 60607

**Last 4 digits of account number**: 1710, 2010, 2509, 2301

**When was the debt incurred?** 6/1/2016 – 12/31/2016

**Total claim**: $8,825.00

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Apartment back rent, eviction, legal, & late fees, 2101 S Michigan Ave Units 1710, 2010, 2509, and 2301, Chicago, IL 60616

**4.25 Nonpriority Creditor's Name:** Orlando Ornelas

3458 N New England Ave

Chicago, IL 60634

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 5/23/2016 – 1/31/2017

**Total claim:** $2,365.68

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Apartment back rent, late & legal fees, moving, cleaning, 1937 S Racine Ave Units 2F & 1R, Chicago, IL 60608

**4.26 Nonpriority Creditor's Name:** M & S Series, LLC, 1529 Series, Anthony Macias

1025 W. Cullerton

Chicago, IL 60608

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 5/23/2016 – 1/31/2017

**Total claim:** $4,926.75

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Apartment back rent, late & legal fees, moving, cleaning, 2238 N Hamlin #1 Chicago, IL 60647, & 1025 W Cullerton St Units 3F & 3R, Chicago, IL 60608

**4.27 Nonpriority Creditor's Name:** Melissa Montalvo & Osvaldo Ornelas

4672 N Kasson

Chicago, IL 60630

**Last 4 digits of account number**: N/A

**When was the debt incurred?** 8/1/2016 – 1/31/2017

**Total claim**: $3,200

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Apartment back rent, late & legal fees, moving, cleaning, 1718 N Ashland Ave 2F, Chicago, IL60622

**4.28 Nonpriority Creditor's Name**: Moment Chicago

545 N McClurg Ct

Chicago, IL 60611

**Last 4 digits of account number**: 1712, 609, 310, 809

**When was the debt incurred?** 9/20/2016 – 1/31/2017

**Total claim**: $12,051

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Apartment back rent, late & legal fees, moving, cleaning, 545 N McClurg Ct Units 1712, 609, 310, & 809, Chicago, IL 60611

**4.29 Nonpriority Creditor's Name**: Morguard Alta, LLC

2542 Williams Blvd

Kenner, LA 70062

**Last 4 digits of account number**: E2207

**When was the debt incurred?** 9/26/2016 – 2/2/2017

**Total claim**: $5,139.30

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Apartment back rent, eviction, late, & legal fees,

555 West Kinzie Unit E2207, Chicago, IL 60654

---

**4.30 Nonpriority Creditor's Name:** Peoples Gas Light & Coke Company

200 E Randolph Street

Chicago, IL 60601

**Last 4 digits of account number:** 6255-0001, 6255-0002

**When was the debt incurred?** 7/2/2016 – 8/28/2017

**Total claim:** $2,405.62

**As of the date you file, the claim is:** N/A

**Type of NONPRIORITY unsecured claim:** Overdue utilities on James Li personal accounts

---

**4.31 Nonpriority Creditor's Name:** Peoples Gas Light & Coke Company

200 E Randolph Street

Chicago, IL 60601

**Last 4 digits of account number:** Several, accounts lost

**When was the debt incurred?** 8/4/2015– 8/31/2017

**Total claim:** $10,000

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Overdue utilities on Blackbox Management LLC

(EIN: 47-3517854) accounts. Accounts cannot be located as authentication information was

misformatted or lost.

---

**4.32 Nonpriority Creditor's Name:** Commonwealth Edison Co

3 Lincoln Center

Attn: Bankruptcy Section

Oak Brook Terrace, IL 60181

**Last 4 digits of account number**: Several to James Li, HGWQM Partners, and Blackbox

Management LLC (EIN: 47-3517854), accounts lost

**When was the debt incurred?** 8/4/2015– 8/31/2017

**Total claim**: $15,000

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Overdue utilities on Blackbox Management LLC

accounts. Accounts cannot be located as authentication information was misformatted or lost.

<u>4.33</u> **Nonpriority Creditor's Name**: Comcast

41112 Concept Dr

Plymouth, MI 48170-4253

**Last 4 digits of account number**: Several to James Li, HGWQM Partners, and Blackbox

Management LLC (EIN: 47-3517854), accounts lost

**When was the debt incurred?** 8/4/2015– 8/31/2017

**Total claim**: $20,000

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Overdue utilities on Blackbox Management LLC

accounts. Accounts cannot be located as authentication information was misformatted or lost.

<u>4.34</u> **Nonpriority Creditor's Name**: RCN

Bradley Place Business Center

2640 West Bradley Place

Chicago, IL 60618

**Last 4 digits of account number**: 09-06

**When was the debt incurred?** 6/30/2015– 3/28/2017

**Total claim**: $331.75

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Overdue utilities

**4.35 Nonpriority Creditor's Name**: AT&T

Bankruptcy Department

PO Box 769

Arlington, TX 76004

**Last 4 digits of account number**: 8670

**When was the debt incurred?** 11/20/2015– 1/29/2017

**Total claim**: $379.69

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Overdue utilities

**4.36 Nonpriority Creditor's Name**: DirecTV LLC

Attn: Bankruptcies

POB 6550

Greenwood Village, CO 80155-6550

**Last 4 digits of account number**: 1399

**When was the debt incurred?** 4/1/2016– 5/1/2017

**Total claim**: $474.53

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Overdue utilities

<u>4.37</u> **Nonpriority Creditor's Name**: Webpass Inc.

267 8th Street

San Francisco, CA 94103

**Last 4 digits of account number**: 1165, 2226

**When was the debt incurred?** 4/1/2016– 4/1/2017

**Total claim**: $120

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Overdue utilities

<u>4.38</u> **Nonpriority Creditor's Name**: San Diego Gas & Electric

SDG&E

PO Box 129831

San Diego, CA 92112-9831

**Last 4 digits of account number**: 7216

**When was the debt incurred?** 10/6/2016– 3/1/2017

**Total claim**: $367.81

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Overdue utilities

<u>4.39</u> **Nonpriority Creditor's Name**: Cox Communications

6205-B Peachtree Dunwoody Road NE

Atlanta, GA 30328

**Last 4 digits of account number**: 5602

**When was the debt incurred?** 10/6/2016– 3/1/2017

**Total claim**: $234.11

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Overdue utilities

**4.40** Nonpriority Creditor's Name: Guesty, Inc.

Attn: Amiad Soto

340 S Lemon Ave #9720

Walnut, CA 91789

**Last 4 digits of account number**: hgwqmpartners@gmail.com

**When was the debt incurred?** 3/6/2017

**Total claim**: $2,000

**As of the date you file, the claim is**: Unliquidated, Disputed

**Type of NONPRIORITY unsecured claim**: Business services to Blackbox Management

**4.41** Nonpriority Creditor's Name: Cort Furniture Rental

1641 Cobb Pkwy S

Marietta, GA 30060

**Last 4 digits of account number**: San Diego acct # not retrievable

**When was the debt incurred?** 10/6/2016 – 1/31/2017

**Total claim**: Unknown

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Furniture rental to James Li in San Diego. All furniture was repossessed by Cort. This claim is separate from the furniture rental to Blackbox Management LLC listed on Schedule D.

**4.42** Nonpriority Creditor's Name: Office Space Solutions, Inc.

33 West 19th St 3rd Fl

New York, New York 10011

**Last 4 digits of account number**: 1802

**When was the debt incurred?** 7/11/2016 – 7/31/2017

**Total claim**: $4,302.59

**As of the date you file, the claim is**: N/A

**Type of NONPRIORITY unsecured claim**: Office space, business services, and Metropolitan

Club payments for Blackbox Management LLC

---

**4.43 Nonpriority Creditor's Name**: Law 4 Small Business, P.C.

320 Gold Ave. SW, STE. 620

Albuquerque NM, 87102

**Last 4 digits of account number**: N/A

**When was the debt incurred?** 10/6/2016 – 5/5/2017

**Total claim**: $500

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Legal services for Blackbox Management LLC

and James Li

---

**4.44 Nonpriority Creditor's Name**: Davinci Virtual, LLC

2150 South 1300 East, Suite 200

Salt Lake City, UT 84106

**Last 4 digits of account number**: N/A

**When was the debt incurred?** 5/4/2016 – 1/12/2017

**Total claim**: $1,000

**As of the date you file, the claim is**: Unliquidated

Type of NONPRIORITY unsecured claim: Virtual office and other business services for

Blackbox Management LLC

---

4.45 Nonpriority Creditor's Name: Maria Nunez

3904 W Marquette Rd

Chicago, IL 60629

Last 4 digits of account number: N/A

When was the debt incurred? 11/11/2015 – 3/6/2017

Total claim: $30,000

As of the date you file, the claim is: Unliquidated

Type of NONPRIORITY unsecured claim: Unpaid contractual cleaning and other business

services for Blackbox Management LLC

---

4.46 Nonpriority Creditor's Name: Ian Snow

c/o: Max Snow

4650 N Winthrop Ave Apt 1C

Chicago, IL 60640-7050

Last 4 digits of account number: N/A

When was the debt incurred? 8/13/2015 – 3/6/2017

Total claim: $15,000

As of the date you file, the claim is: Unliquidated

Type of NONPRIORITY unsecured claim: Unpaid business services for Blackbox

Management LLC

---

4.47 Nonpriority Creditor's Name: Adam Robinson

7354 Chipmunk Hollow

Clarkston, MI 48346

**Last 4 digits of account number**: N/A

**When was the debt incurred?** 5/31/2016 – 3/6/2017

**Total claim**: $10,000

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Unpaid business services for Blackbox

Management LLC

<u>4.48</u> **Nonpriority Creditor's Name**: Metropolitan Club

233 South Wacker Drive

Willis Tower, 67th Floor

Chicago, IL 60606

**Last 4 digits of account number**: L3103

**When was the debt incurred?** 5/31/2016 – 3/6/2017

**Total claim**: $500

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Club membership dues unpaid upon Blackbox

Management LLC's default with WorkBetter

<u>4.49</u> **Nonpriority Creditor's Name**: Benjamin Ward

1318 W Cullerton St Apt 1

Chicago, IL 60608

**Last 4 digits of account number**: N/A

**When was the debt incurred?** 12/1/2016 – 7/31/2017

**Total claim**: $15,000

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Personal loans

---

**4.50 Nonpriority Creditor's Name:** Emma Ward

1815 S Laflin St Unit CH1

Chicago, IL 60608

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 12/1/2016 – 7/31/2017

**Total claim:** $15,000

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Personal loans

---

**4.51 Nonpriority Creditor's Name:** Timothy Li

2207 Stonegate Ln

Wheaton, IL 60189

**Last 4 digits of account number:** N/A

**When was the debt incurred?** 3/1/2017 – 7/31/2017

**Total claim:** $30,000

**As of the date you file, the claim is:** Unliquidated

**Type of NONPRIORITY unsecured claim:** Private loan

---

**4.52 Nonpriority Creditor's Name:** Rush University Medical Center

1653 W Congress Pkwy

Chicago, IL 60612

**Last 4 digits of account number:** Unknown

**When was the debt incurred?** 8/17/2018

**Total claim**: $10,000

**As of the date you file, the claim is**: Unliquidated

**Type of NONPRIORITY unsecured claim**: Ambulance & emergency room bill

## PART 3: LINE 5

## NOTE: ALL PARTIES LISTED HERE APPLY TO CREDITORS WITH NONPRIORITY UNSECURED CLAIMS LISTED IN PART 2

5.1 **Name**: F. H. Cann and Associates, Inc.

1600 Osgood Street

Suite 2-120

North Andover, MA 01845

**On which entry in Part 2?** 4.1

**Last 4 digits of account number**: N/A

5.2 **Name**: FMA Alliance

12339 Cutten Rd.

Houston, TX 77066

**On which entry in Part 2?** 4.5

**Last 4 digits of account number**: N/A

5.3 **Name**: Radius Global Solutions

7831 Glenroy Rd Suite 250

Edina, MN 55439

**On which entry in Part 2?** 4.6

**Last 4 digits of account number**: N/A

5.4 **Name**: Global Credit & Collection Corporations

PO Box 2127

Schiller Park, IL 60176

**On which entry in Part 2?** 4.8

**Last 4 digits of account number**: N/A

5.5 **Name**: Millenium Financial Group

3000 United Founders Blvd Suite 219

Oklahoma City, OK 73112

**On which entry in Part 2?** 4.9

**Last 4 digits of account number**: 2111

5.6 **Name**: RentDebt Automated Collections

PO Box 171077

Nashville, TN 37217

**On which entry in Part 2?** 4.12

**Last 4 digits of account number**: 1297

5.7 **Name**: Javier Franco

933 W 32nd St

Chicago IL 60608-6730

**On which entry in Part 2?** 4.14

**Last 4 digits of account number**: N/A

5.8 **Name**: Jason Konstandopoulos

2251 W 21st St

Chicago IL 60608-2519

**On which entry in Part 2**? 4.15

**Last 4 digits of account number**: N/A

---

5.9 **Name**: Owner of 1739 W 18th St (unidentified)

Address Unknown

**On which entry in Part 2**? 4.15

**Last 4 digits of account number**: N/A

---

5.10 **Name**: Hunter Warfield

4620 Woodland Corporate Blvd.

Tampa, FL 33614

**On which entry in Part 2**? 4.18

**Last 4 digits of account number**: N/A

---

5.11 **Name**: Village Green Management Company, LLC

30833 Northwestern Hwy Ste 300

Farmington Hills, MI 48334

**On which entry in Part 2**? 4.19

**Last 4 digits of account number**: N/A

---

5.12 **Name**: 1401 S State St

1401 S State St

Chicago, IL 60605

**On which entry in Part 2**? 4.20

**Last 4 digits of account number**: 1406

**5.13 Name**: PR 150 Roosevelt Lofts LLC

180 N Stetson St Suite 3725

Chicago, IL 60601

**On which entry in Part 2?** 4.22

**Last 4 digits of account number**: N/A

**5.14 Name**: Axis Apartments & Lofts

441 E Erie St

Chicago, IL 60611

**On which entry in Part 2?** 4.23

**Last 4 digits of account number**: 5709, 5806, 1506, 4806

**5.15 Name**: Impact Receivables Management

11104 West Airport Boulevard Suite 199

Stafford, TX 77477

**On which entry in Part 2?** 4.23

**Last 4 digits of account number**: 1299, 1304, 1306, 1307

**5.16 Name**: Ansonia 2101, LLC

2101 S Michigan Ave

Chicago, IL 60616

**On which entry in Part 2?** 4.24

**Last 4 digits of account number**: 1710, 2010, 2509, 2301

**5.17 Name**: Anthony Macias

728 W 19th Pl

Chicago, IL 60616-1026

**On which entry in Part 2?** 4.26

**Last 4 digits of account number:** N/A

---

5.18 **Name:** Golub Realty Services, LLC

625 N Michigan Ave, 2000

Chicago, IL 60611

**On which entry in Part 2?** 4.28

**Last 4 digits of account number:** N/A

---

5.19 **Name:** Alta at K Station

555 W Kinzie

Chicago, IL 60654

**On which entry in Part 2?** 4.29

**Last 4 digits of account number:** E2207

---

5.20 **Name:** Ian Snow

4650 N Winthrop Ave Apt 1C

Chicago, IL 60640-7050

**On which entry in Part 2?** 4.29

**Last 4 digits of account number:** E2207

---

5.21 **Name:** Source Receivables Management

PO Box 4068

Greensboro, NC 27404

**On which entry in Part 2?** 4.30

Last 4 digits of account number: 7679, 1808

5.22 **Name**: Midwest Receivables Solutions

PO Box 2087

Kalamazoo, MI 49003-2087

**On which entry in Part 2?** 4.31

**Last 4 digits of account number**: 2111

5.23 **Name**: National Recovery Agency

2491 Paxton St

Harrisburg, PA 17111

**On which entry in Part 2?** 4.32

**Last 4 digits of account number**: N/A

5.24 **Name**: Credit Protection Association

PO Box 802068

Dallas, TX 75380

**On which entry in Part 2?** 4.32

**Last 4 digits of account number**: N/A

5.25 **Name**: Financial Credit Network

PO Box 3084

Visalia, CA 93278

**On which entry in Part 2?** 4.38

**Last 4 digits of account number**: N/A

5.26 **Name**: Darleane Hlavac

161 South Gray Avenue

Carol Stream, IL 60188

**On which entry in Part 2?** 4.41

**Last 4 digits of account number**: N/A

5.27 **Name**: WorkBetter

233 S Wacker Dr, 84th Fl

Chicago, IL 60606

**On which entry in Part 2?** 4.42

**Last 4 digits of account number**: 8484

**Fill in this information to identify your case:**

| Debtor | James Daojun Li | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Safeguard Self-Storage | Rental of storage unit 6221. The lease was originated |
| Name | and kept in my name. For the last year, it has been paid, |
| 1353 S Wabash Ave | controlled, and managed by Timothy Li, not me, |
| Number       Street | containing only property belonging to him, not me. |
| Chicago            IL        60605 | |
| City                    State      ZIP Code | |
| **2.2** | |
| Name | |
| Number       Street | |
| City                    State      ZIP Code | |
| **2.3** | |
| Name | |
| Number       Street | |
| City                    State      ZIP Code | |
| **2.4** | |
| Name | |
| Number       Street | |
| City                    State      ZIP Code | |
| **2.5** | |
| Name | |
| Number       Street | |
| City                    State      ZIP Code | |

Debtor 1    James Daojun Li

First Name    Middle Name    Last Name

Case number (if known)_____

## Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**    **What the contract or lease is for**

2.2

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

2._

Name

Number    Street

City    State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1     James Daojun Li
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   **Column 1: Your codebtor**                      **Column 2: The creditor to whom you owe the debt**

                                                     Check all schedules that apply:

   3.1  Blackbox Management LLC
        Name                                         ☑ Schedule D, line 2.1
        188 W Randolph St Unit 712                   ☑ Schedule E/F, line SEE NO
        Number     Street                            ☐ Schedule G, line _____
        Chicago              IL          60601
        City                 State       ZIP Code

   3.2  _____
        Name                                         ☐ Schedule D, line _____
        _____     ☐ Schedule E/F, line _____
        Number     Street                            ☐ Schedule G, line _____
        _____
        City                 State       ZIP Code

   3.3  _____
        Name                                         ☐ Schedule D, line _____
        _____     ☐ Schedule E/F, line _____
        Number     Street                            ☐ Schedule G, line _____
        _____
        City                 State       ZIP Code

James Daojun Li

**Official Form 106H** Additional Note

**LINE 3.1**

**THE FOLLOWING LINES IN SCHEDULE E/F APPLY TO CODEBTOR BLACKBOX**

**MANAGEMENT LLC:**

4.2, 4.3, 4.4, 4.6, 4.8, 4.10, 4.11, 4.12, 4.18 4.19, 4.20, 4.21, 4.22, 4.23, 4.24, 4.25, 4.26, 4.27,

4.28, 4.29, 4.31, 4.32, 4.33, 4.34, 4.35, 4.36, 4.37, 4.40, 4.42, 4.43, 4.44, 4.45, 4.46, 4.47, 4.48

**Fill in this information to identify your case:**

Debtor 1    James Daojun Li
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Unemployed | |
| Employer's name | | | |
| Employer's address | | | |
| | | Number   Street | Number   Street |
| | | City         State   ZIP Code | City         State   ZIP Code |
| How long employed there? | | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ |

Debtor 1    James Daojun Li
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................. | 4. | $_____0.00 | $_____ |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____0.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____0.00 | $_____ |
| 5e. **Insurance** | 5e. | $_____0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____0.00 | $_____ |
| 5g. **Union dues** | 5g. | $_____0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____0.00 | + $_____ |

| | | | |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____0.00 | $_____ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____0.00 | $_____ |

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____0.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $_____0.00 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____0.00 | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____0.00 | $_____ |
| 8e. **Social Security** | 8e. | $_____0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $_____194.00 | $_____ |
| 8g. **Pension or retirement income** | 8g. | $_____0.00 | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $_____0.00 | + $_____ |

| | | | |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $_____194.00 | $_____ |
| **10. Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $_____194.00 + | $_____ = | $_____194.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $_____0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.   $_____194.00
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: | Immediately upon filing, I am starting a full-time home cleaning business in downtown Chicago. |

**Fill in this information to identify your case:**

Debtor 1    James Daojun Li
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    **James Daojun Li**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known)_____

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $_____0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $_____0.00 |
| 6b. Water, sewer, garbage collection | 6b. | $_____0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____0.00 |
| 6d. Other. Specify: _____ | 6d. | $_____0.00 |
| 7. **Food and housekeeping supplies** | 7. | $_____194.00 |
| 8. **Childcare and children's education costs** | 8. | $_____0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____0.00 |
| 10. **Personal care products and services** | 10. | $_____0.00 |
| 11. **Medical and dental expenses** | 11. | $_____0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____0.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $_____0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $_____0.00 |
| 15b. Health insurance | 15b. | $_____0.00 |
| 15c. Vehicle insurance | 15c. | $_____0.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $_____0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $_____0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $_____0.00 |
| 17c. Other. Specify:_____ | 17c. | $_____0.00 |
| 17d. Other. Specify:_____ | 17d. | $_____0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $_____317.22 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $_____0.00 |
| 20b. Real estate taxes | 20b. | $_____0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $_____0.00 |

Debtor 1    James Daojun Li
_____
First Name        Middle Name        Last Name

Case number (if known)_____

21. **Other**. Specify: _____    21.   +$ _____ 0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.   $ _____ 511.22

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $ _____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   $ _____ 511.22

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.   $ _____ 194.00

    23b. Copy your monthly expenses from line 22c above.    23b.   − $ _____ 511.22

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*    23c.   $ _____ -317.22

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.    Explain here: I expect increases, in this order, when I become able to afford them: First, operating expenses
    for my new full-time sole proprietorship cleaning business. Second, affordable mental health
    services at $60/month. Third, rent & utilities for an apartment to move in to. Fourth, after
    securing permanent residence: personal care, household necessities, clothing, and local
    transportation. Fifth, student loan payments. Sixth, transportation to visit my daughter in
    Missouri.

**Fill in this information to identify your case:**

Debtor 1   James Daojun Li
           First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name              Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _James Li_____          ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date 08/27/2018                          Date _____
     MM / DD / YYYY                           MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1    James Daojun Li
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)  _____

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 420 E Ohio St<br>Number    Street<br>APT 40E | From 08/23/2014<br>To 12/31/2015 | Number    Street | From _____<br>To _____ |
| Chicago        IL    60611<br>City            State  ZIP Code | | City            State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 345 E Ohio St<br>Number    Street<br>APT 4809 | From 01/01/2016<br>To 03/31/2016 | Number    Street | From _____<br>To _____ |
| Chicago        IL    60611<br>City            State  ZIP Code | | City            State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
   states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

Debtor 1  James Daojun Li
First Name     Middle Name     Last Name                                Case number (if known)_____

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 240.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For last calendar year:** (January 1 to December 31, 2017) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $ -15,669.06 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2016) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $ -29,013.37 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Sources of income Describe below. | Gross income from each source (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| **For last calendar year:** (January 1 to December 31, 2017) YYYY | Gambling | $ 321.00 | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2016) YYYY | Finance Internship | $ 6,825.00 | _____ | $_____ |
| | Predictit Gambling | $ 8,581.00 | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |

Debtor 1   __James Daojun Li_____   Case number (if known)_____
    First Name    Middle Name    Last Name

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City     State     ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City     State     ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City     State     ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    James Daojun Li                 Case number (if known)_____

First Name    Middle Name    Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number  Street | _____ | | | |
| | | | | |
| City  State  ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number  Street | | | | |
| | | | | |
| City  State  ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number  Street | _____ | | | |
| | | | | |
| City  State  ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number  Street | _____ | | | |
| | | | | |
| City  State  ZIP Code | | | | |

Debtor 1   __James Daojun Li_____     Case number (if known)_____
         First Name    Middle Name         Last Name

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

    | | Nature of the case | Court or agency | Status of the case |
    |---|---|---|---|
    | Case title _See additional pages_ _____ _____ Case number _____ | | Court Name _____ Number   Street _____ City        State   ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
    | Case title _____ _____ Case number _____ | | Court Name _____ Number   Street _____ City        State   ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

    | Describe the property | Date | Value of the property |
    |---|---|---|
    | Creditor's Name _____ Number   Street _____ City        State   ZIP Code | _____ | $_____ |

    **Explain what happened**
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

    | Describe the property | Date | Value of the property |
    |---|---|---|
    | Creditor's Name _____ Number   Street _____ City        State   ZIP Code | _____ | $_____ |

    **Explain what happened**
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

---

Debtor 1  James Daojun Li
          First Name    Middle Name         Last Name

Case number (if known)_____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Number    Street | | | $ |
| | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Ugne Jurgaityte | Free cash gift for the purpose of helping the recipient start her own business. | 03/16/2017 | $    3,800.00 |
| Person to Whom You Gave the Gift | | | |
| Unknown | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you  Acquaintanc | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 6

Debtor 1    James Daojun Li

First Name    Middle Name    Last Name

Case number (if known)_____

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

---

### Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1   James Daojun Li
First Name   Middle Name   Last Name                                    Case number (if known)

| Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number   Street | | | $ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number   Street | | | $ |
| City   State   ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Emma Ward<br>Person Who Received Transfer<br>1815 S Laflin St, Unit CH1<br>Number   Street<br>Chicago   IL   60608<br>City   State   ZIP Code<br>Person's relationship to you Sister | Furniture & household items, approximate value ~$1,500 | Partial payment of debt owed to Emma Ward. | 09/01/2016 |
| Benjamin Ward<br>Person Who Received Transfer<br>1318 W Cullerton St<br>Number   Street<br>Chicago   IL   60608<br>City   State   ZIP Code<br>Person's relationship to you Brother-in-la | HTC Vive (used), approximate value ~$500 | Partial payment of debt owed to Ben Ward. | 12/25/2016 |

Debtor 1  James Daojun Li
_____
First Name    Middle Name    Last Name

Case number (if known)_____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | 12/25/2016 |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br><br>Number   Street _____<br><br>_____<br><br>City            State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br><br>Number   Street _____<br><br>_____<br><br>City            State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br><br>Number   Street _____<br><br>_____<br><br>City            State    ZIP Code | Name _____<br><br>Number   Street _____<br><br>_____<br><br>City        State        ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1    James Daojun Li
           First Name   Middle Name    Last Name                                    Case number (if known)_____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No<br>☐ Yes |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City State  ZIP Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Timothy Li<br>Owner's Name | Carried on my person | Used iPhone 7 borrowed on 7/30/2018 for temporary and conditional use. | $    300.00 |
| 2207 Stonegate Ln<br>Number   Street | Number   Street | | |
| Wheaton        IL      60189<br>City        State    ZIP Code | City            State    ZIP Code | | |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City            State   ZIP Code | | |

Official Form 107              Statement of Financial Affairs for Individuals Filing for Bankruptcy              page 10

Debtor 1    James Daojun Li
            First Name    Middle Name    Last Name                    Case number (if known)_____

**25.** Have you notified any governmental unit of any release of hazardous material?

☒ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ |  | _____ |
| Name of site | Governmental unit |  |  |
| _____ | _____ |  |  |
| Number    Street | Number    Street |  |  |
| _____ | _____ |  |  |
| _____ | City    State    ZIP Code |  |  |
| City    State    ZIP Code |  |  |  |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No

☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____ |  | ☐ Pending |
|  | Court Name |  | ☐ On appeal |
| _____ | _____ |  | ☐ Concluded |
|  | Number    Street |  |  |
| _____ |  |  |  |
| Case number | City    State    ZIP Code |  |  |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☒ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| James Li Sole Proprietorship | | Do not include Social Security number or ITIN. |
| Business Name | Vacation Rental | |
| 1720 S Racine Ave | | EIN: 4 6 - 5 1 1 2 7 1 9 |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | I kept my own books and used TurboTax. | |
| Chicago    IL    60608 | | From 10/01/2013 To 03/31/2016 |
| City    State    ZIP Code | | |
| HGWQM Partners | Describe the nature of the business | Employer Identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| | Vacation Rentals. Was incorporated as | |
| 188 W Randolph St Unit 712 | Blackbox Management LLC on 6/21/2015 | EIN: 4 7 - 3 5 1 7 8 5 4 |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | We kept our own books using Wave.com | |
| Chicago    IL    60601 | and used TurboTax. | From 02/24/2015 To 06/21/2015 |
| City    State    ZIP Code | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

Debtor 1   James Daojun Li
             First Name   Middle Name   Last Name

Case number (if known) _____

| | |
|---|---|

**Blackbox Management LLC**
Business Name

**188 W Randolph St Unit 712**
Number   Street

Chicago          IL     60601
City             State  ZIP Code

Describe the nature of the business

Vacation Rentals

Name of accountant or bookkeeper

We kept our own books using Wave.com and used TurboTax.

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4 7 -3 5 1 7 8 5 4

Dates business existed

From 06/21/2015 To 06/21/2015

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

Date issued

**The Fundworks, LLC**
Name

**15260 Ventura Blvd #1520**
Number   Street

Sherman Oaks    CA    91403
City            State  ZIP Code

12/02/2016
MM / DD / YYYY

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ _James Li_                          ✘ _____
   Signature of Debtor 1                  Signature of Debtor 2

Date 08/27/2018                       Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Official Form 107** Additional Pages

## PART 1: LINE 2

2207 Stonegate Ln                 From: 04/01/2016

Wheaton, IL 60189                 To: 05/31/2016


1739 W 18th St                    From: 06/01/2016

Chicago, IL 60608                 To: 08/06/2016


1332 S Indiana Pkwy               From: 08/07/2016

Chicago, IL 60605                 To: 08/31/2017


700 W E St #3702                  From: 10/05/2016

San Diego, CA 92101               To: 12/17/2016


## PART 4: LINE 9

**Case Title**: Village Green Holdings vs. Blackbox Management LLC, James Li, et al

**Case Number**: 2017-M1-703674

**Nature of the case**: One of five eviction suits Village Green filed for for the five delinquent

apartment units Blackbox Management LLC leased from Cobbler Square Lofts, with James Li as

cosigner.

**Court or agency**: Cook County Clerk of the Circuit Court

Page 1 of 8

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Village Green Holdings vs. Blackbox Management LLC, James Li, et al

**Case Number**: 2017-M1-703675

**Nature of the case**: One of five eviction suits Village Green filed for for the five delinquent apartment units Blackbox Management LLC leased from Cobbler Square Lofts, with James Li as cosigner.

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Village Green Holdings vs. Blackbox Management LLC, James Li, et al

**Case Number**: 2017-M1-703676

**Nature of the case**: One of five eviction suits Village Green filed for for the five delinquent apartment units Blackbox Management LLC leased from Cobbler Square Lofts, with James Li as cosigner.

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Village Green Holdings vs. Blackbox Management LLC, James Li, et al

**Case Number**: 2017-M1-703677

**Nature of the case**: One of five eviction suits Village Green filed for for the five delinquent apartment units Blackbox Management LLC leased from Cobbler Square Lofts, with James Li as cosigner.

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Village Green Holdings vs. Blackbox Management LLC, James Li, et al

**Case Number**: 2017-M1-703677

**Nature of the case**: One of five eviction suits Village Green filed for for the five delinquent apartment units Blackbox Management LLC leased from Cobbler Square Lofts, with James Li as cosigner.

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Barclays Bank Delaware vs. James Li

**Case Number**: 2018-M1-125209

**Nature of the case**: Delinquent credit card debt

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Pending

**Case Title**: Morguard Alta LLC vs. Blackbox Management LLC, Ian Snow, et al

**Case Number**: 2016-M1-721881

**Nature of the case**: Residential apartment eviction from Alta at K Station, 555 W Kinzie St,

Chicago, IL 60654

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Ansonia Property vs. Blackbox Management LLC, et al

**Case Number**: 2016-M1-723093

**Nature of the case**: Residential apartment eviction from 2101 S Michigan Ave, Chicago, IL 60616

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Ansonia Property vs. Blackbox Management LLC, et al

**Case Number**: 2016-M1-723094

**Nature of the case**: Residential apartment eviction from 2101 S Michigan Ave, Chicago, IL 60616

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Ansonia Property vs. Blackbox Management LLC, et al

**Case Number**: 2016-M1-723095

**Nature of the case**: Residential apartment eviction from 2101 S Michigan Ave, Chicago, IL 60616

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Ansonia Property vs. Blackbox Management LLC, et al

**Case Number**: 2016-M1-723096

**Nature of the case**: Residential apartment eviction from 2101 S Michigan Ave, Chicago, IL

60616

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Village Green Management vs. Blackbox Management LLC, et al

**Case Number**: 2017-M1-700655

**Nature of the case**: Residential apartment eviction

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: 730 S Clark St vs. Blackbox Management LLC, et al

**Case Number**: 2017-M1-702526

**Nature of the case**: Residential apartment eviction

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Bozzuto Management vs. Blackbox Management LLC, et al

**Case Number**: 2017-M1-703710

**Nature of the case**: Residential apartment eviction

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

**Status of the case**: Concluded

**Case Title**: Bozzuto Management vs. Blackbox Management LLC, et al

**Case Number**: 2017-M1-703712

**Nature of the case**: Residential apartment eviction

**Court or agency**: Cook County Clerk of the Circuit Court

Richard J. Daley Center, Room 1001

50 West Washington Street

Chicago, Illinois 60602

James Daojun Li

**Status of the case**: Concluded

**Case Title**: The Fundworks, LLC vs. Blackbox Management LLC, James Li

**Case Number**: N/A

**Nature of the case**: I signed a Confession of Judgement in favor of The Fundworks, LLC, on behalf of both Blackbox Management LLC and myself. This was done in order to obtain emergency business funding from The Fundworks, LLC. Funding was contingent and granted upon signing the Confession of Judgement.

**Court or agency**: Supreme Court of the State of New York, County of Nassau

100 Supreme Court Drive

Mineola, New York 11501

**Status of the case**: Pending

**Case Title**: Katherine Maynard vs. James Daojun Li

**Case Number**: 2018F 000200

**Nature of the case**: Child support

**Court or agency**: 18th Judicial Circuit Court Clerk, DuPage County Illinois

505 N. County Farm Road, Room 2015

Wheaton, IL 60187

**Status of the case**: Pending

**Fill in this information to identify your case:**

Debtor 1    James Daojun Li
            First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name            Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---------|---------------------------------------------|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Cort | ☑ Surrender the property. | ☑ No |
| | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: Home furniture. I am no longer in possession. All of it was located in apartmental rental units that were either reposessed, or we were evicted from. | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: _____ | |
| Creditor's name: | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: _____ | |
| Creditor's name: | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: _____ | |
| Creditor's name: | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: _____ | |

Debtor 1    __James Daojun Li_____
            First Name    Middle Name    Last Name                    Case number *(if known)*_____

---

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

|  | Will the lease be assumed? |
|---|---|

Lessor's name: **Safeguard Self-Storage**

Description of leased property: Storage unit containing property belonging to family members as designated by Tim Li, who pays for and fully controls the unit.
☐ No
☑ Yes

Lessor's name: _____
☐ No
Description of leased property:
☐ Yes

Lessor's name: _____
☐ No
Description of leased property:
☐ Yes

Lessor's name: _____
☐ No
Description of leased property:
☐ Yes

Lessor's name: _____
☐ No
Description of leased property:
☐ Yes

Lessor's name: _____
☐ No
Description of leased property:
☐ Yes

Lessor's name: _____
☐ No
Description of leased property:
☐ Yes

---

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _James Li_____        ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date 08/27/2018                               Date _____
    MM / DD / YYYY                                 MM / DD / YYYY